FORD MICKLE, Appellant, *v.* HARDER SILO COMPANY, INC., Respondent.

Argued November 20, 1945; decided December 6, 1945.

*William H. Lynes* for appellant.
*S. J. Mauhs* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.